JOHN E. FITZGERALD ET AL. *v.* RICHARD JOHNSON
(11041)

LAVERY, LANDAU and FREEDMAN, Js.

Argued January 15—decision released February 9, 1993

*William F. Gallagher,* for the appellant (named plaintiff).

*Andrew J. O'Keefe,* with whom were *Denise Rodosevich* and, on the brief, *Michael J. Walsh,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.